```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,     :
                                        :
                        Plaintiff,      :
                                        :
    - against -                         :      ORDER
                                        :
UNITED STATES OF AMERICA,               :
                                        :      20 Civ. 9944 (VM)
                        Defendant.      :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter within thirty (30) days addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan within thirty (30) days.  The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

Dated:      February 8, 2021
            New York, New York

                                    _____
                                              Victor Marrero
                                                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 8, 2021